v00154










 
 
 
NUMBER 13-04-442-CV
COURT OF APPEALS
THIRTEENTH DISTRICT OF TEXAS
CORPUS CHRISTI - EDINBURG
__________________________________________________________
IN RE: HONEYWELL INTERNATIONAL, INC., Relator.
__________________________________________________________
On Petition for Writ of Mandamus
and Emergency Motion for Stay of Trial Setting
__________________________________________________________
MEMORANDUM OPINION 
Before Justices Hinojosa, Garza and Wittig



Opinion Per Curiam
 
          Relator filed a petition for writ of mandamus in the above cause on August 30, 2004,
requesting a writ directing Respondent, the Honorable Benjamin Euresti, Jr., Presiding
Judge of the 107th District Court of Cameron County, to deny leave to real party in interest,
San Benito Consolidated Independent School District, to file its fifth amended original
petition and to strike such amended petition, or, in the alternative, to grant relator’s motion
to join responsible third parties and relator’s motion for a continuance. Relator also filed
an emergency motion for stay of trial setting. Real party filed a response to the motion and
a response to the petition for writ of mandamus. The Court, having examined and fully
considered the petition for writ of mandamus, the emergency motion, and the responses,
is of the opinion that said petition and emergency motion should be denied. Accordingly,
we DENY relator’s petition for writ of mandamus and emergency motion for stay of trial
setting. 

                                                                                      PER CURIAM

Memorandum opinion delivered and filed 
this the 30th day of August, 2004.